STATE of Missouri, Respondent,

v.

**Lovell WALKER II, Appellant.**

**No. WD 59829.**

Missouri Court of Appeals, Western District.

Sept. 17, 2002.

Jeannie M. Willibey, Vanessa Caleb, Asst. Public Defenders, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

**ORDER**

Lovell Walker II appeals the circuit court's judgment convicting him of one count of statutory rape in the first degree and two counts statutory sodomy in the first degree. We affirm. Rule 30.25(b).